# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | (For **Revocation** of Probation or Supervised Release) |
| v. | |
| | Case Number: **4:19-CR-00131-BP(1)** |
| **ERIC L HARPER** | USM Number: **34005-045** |
| | **Matthew T Merryman** |
| | Defendant's Attorney |

## THE DEFENDANT:

| | | |
|---|---|---|
| ☒ | admitted guilt to violation of condition(s) | Mandatory and Standard conditions of the terms of supervision. |
| ☐ | was found in violation of condition(s) | after denial of guilt. |

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation |
|---|---|
| Mandatory | You must not commit another federal, state or local crime. |
| Standard | You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers). |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. 4919

**May 27, 2026**
Date of Imposition of Judgment

Defendant's Year of Birth: 1992

/s/ Beth Phillips
Signature of Judge

City and State of Defendant's Residence:

**BETH PHILLIPS, UNITED STATES DISTRICT JUDGE**

Independence, MO

Name and Title of Judge

**May 27, 2026**
Date

DEFENDANT: ERIC L HARPER
CASE NUMBER: 4:19-CR-00131-BP(1)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**24 months** as to Count 1s of the Superseding Indictment, to run consecutively with sentence imposed in WDMO Case No. 25-00197-01-CR-W-BP, with no further term of Supervised Release to follow.

☒ The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By
DEPUTY UNITED STATES MARSHAL